IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:08CR371** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| **MABEL AWOUSSI,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for interim attorney fees by Casey J. Quinn (Mr. Quinn) as counsel for defendant Mabel Awoussi (Awoussi) (Filing No. 125). Following the filing of the motion, the Indictment against Awoussi was dismissed. Accordingly, the case is now closed and counsel may submit his final voucher. The motion for interim fees (Filing No. 125) is denied as moot. .

**IT IS SO ORDERED.**

DATED this 23rd day of July, 2009.

BY THE COURT:

s/ Thomas D. Thalken

United States Magistrate Judge